

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RANDY PONCE and MOBILITY EXPERTS, L.L.C., | § | No. 08-21-00111-CV |
| | § | |
| Appellants, | § | Appeal from the |
| | | County Court at Law No. 6 |
| v. | § | |
| | | of El Paso County, Texas |
| TBF FINANCIAL, L.L.C., | § | |
| | | (TC# 2020DCV2776) |
| Appellee. | § | |

## **MEMORANDUM OPINION**

Appellants Randy Ponce and Mobility Experts, L.L.C. have filed a joint agreed motion to voluntarily dismiss this appeal because the parties have settled. *See* TEX.R.APP.P. 42.1(a)(2). The motion is granted, and this appeal is dismissed. Costs of this appeal are taxed against the parties incurring same, pursuant to their agreement.


September 28, 2021

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.